MICHAEL C. SAQUI, #147853
ANTHONY P. RAIMONDO, #200387
SAQUI & RAIMONDO
A Professional Corporation
1615 Bunker Hill Way, Suite 240
Salinas, California 93906
Telephone: (831) 443-7100
Facsimile: (831) 443-8585

Attorneys for Defendant Mainland Nursery, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LILIA URIBE, ALBA PONCE, AUDELIA SOREQUE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAINLAND NURSERY, INC., MAINLAND NURSERY (FORM UNKNOWN) and RAYRAY FARM LABOR SERVICE, INC.<br><br>Defendants | Case No. 07-CV-00229-FCD-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendant MAINLAND NURSERY, INC. ("Mainland") and Plaintiffs thru their respective counsel stipulate as follows:

1. On Wednesday, August 1, 2007, Plaintiffs sub-served Mainland with the Complaint in the above referenced matter.

2. Mainland and Plaintiffs have agreed to a thirty (30) day extension of time for Mainland to respond to the Complaint on or before September 20, 2007.

3. No previous extension of time has been requested or granted.

//

//

//

Lilia Uribe, et al. v. Mainland Nursery, Inc., et al.
07-CV-00229-FCD-DAD                 1
Stipulation & Order for Extension of time to Respond to Complaint

| | | |
|---|---|---|
| 1 | Dated: September 6, 2007 | SAQUI & RAIMONDO |
| 2 | | A Professional Corporation |

/s/_____
Anthony Raimondo, Esq.
Attorneys for Mainland Nursery, Inc.

Dated: September 6, 2007                    LAW OFFICES OF MALLISON & MARTINEZ


/s/_____
Stan S. Mallison


     IT IS SO ORDERED.

DATED: September 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

Lilia Uribe, et al. v. Mainland Nursery, Inc., et al.                                              Stipulation & Order for Extension of time
07-CV-00229-FCD-DAD                          2                                                              to Respond to Complaint