1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   LAW OFFICES OF MALLISON & MARTINEZ
3  1042 Brown Avenue, Suite A
   Lafayette, CA 94549
4  Telephone: (925) 283-3842
   Facsimilie: (925) 283-3426
5  StanM@MallisonLaw.com
   HectorM@MallisonLaw.com
6  MPalau@MallisonLaw.com

7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

10
                                              )   Case No. 2:07-CV-00229-FCD-DAD
11  LILIA URIBE, ALBA PONCE, AUDELIA         )
    SOREQUE on behalf of themselves and all   )   **STIPULATION AND ORDER TO**
12  others similarly situated,                )   **CONTINUE THE HEARING ON**
                                              )   **DEFENDANT'S MOTION TO DISMISS**
13                         Plaintiffs,        )   **AND TO PERMIT PLAINTIFFS AND**
                                              )   **DEFENDANTS TO FILE OPPOSITION**
14       vs.                                  )   **AND REPLY PAPERS UNDER**
                                              )   **EXTENDED TIMELINES**
15                                            )
                                              )
16  MAINLAND NURSERY, INC., MAINLAND )
    NURSERY (FORM UNKNOWN) and
17  RAYRAY FARM LABOR SERVICE, INC.,

18                         Defendants.

19  _____

20       PLAINTIFFS LILIA URIBE, ALBA PONCE and AUDELIA SOREQUE (hereafter collectively

21  referred to as "PLAINTIFFS") and DEFENDANT MAINLAND NURSERY, INC (hereafter referred to

22  as "DEFENDANT") hereby stipulate as follows:

23       1.   On September 20, 2007 Defendant served and filed a Motion to Dismiss Plaintiffs'

24  action pursuant to Fed. R. Civ. P. 12(b)(6).

25       2.   The hearing on Defendant's Motion to Dismiss is currently scheduled for

26  October 26, 2007 at 10:00 a.m. in Courtroom 2, before Honorable Frank C. Dramell Jr.

27       3.   The Parties request this court to continue the Motion to Dismiss to December 14, 2007

28  at 10:00 a.m. or as soon thereafter as the matter may be heard by the Honorable Frank C. Dramell Jr.

4. The parties further request that this court allow Plaintiffs to submit their opposition papers no later than November 20, 2007, and that this court allow Defendant to submit its reply no later than December 7, 2007.

5. There is good cause to permit the resetting of the Motion to Dismiss and briefing, as the underlying issues are complex and will require significant legal research and preparation, and the additional time will allow the parties to explore settlement of this case.

Dated: October 4, 2007.

                      LAW OFFICES OF MALLISON & MARTINEZ

                      By: /s/ Stan S. Mallison
                            Stan S. Mallison
                            Attorneys for PLAINTIFFS

                      LAW OFFICES OF SAQUI & RAIMONDO

                      By: /s/ Anthony Raimondo
                            Anthony Raimondo
                            Attorneys for DEFENDANT

## **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. The hearing on Defendant's Motion to Dismiss is continued to December 14, 2007 at 10:00 a.m. or as soon thereafter as the matter may be heard.

2. Plaintiffs may file their opposition to Defendant's Motion to Dismiss no later than November 20, 2007.

3. Defendants may file a reply to Plaintiffs opposition to Defendant's Motion to Dismiss no later than December 7, 2007.

DATED: October 10, 2007

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE HEARING AND RESET TIME FOR FILING OPPOSITION AND REPLY BREIFS