MICHAEL C. SAQUI, #147853
ANTHONY P. RAIMONDO, #200387
SAQUI & RAIMONDO
A Professional Corporation
1615 Bunker Hill Way, Suite 240
Salinas, California 93906
Telephone: (831) 443-7100
Facsimile: (831) 443-8585

Attorneys for Defendant Mainland Nursery, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LILIA URIBE, ALBA PONCE, AUDELIA SOREQUE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAINLAND NURSERY, INC., MAINLAND NURSERY (FORM UNKNOWN) and RAYRAY FARM LABOR SERVICE, INC.<br><br>Defendants | Case No. 07-CV-00229-FCD-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Defendant MAINLAND NURSERY, INC. ("Mainland") and Plaintiffs thru their respective counsel stipulate as follows:

1. On Wednesday, August 1, 2007, Plaintiffs sub-served Mainland with the Complaint in the above referenced matter.

2. Mainland and Plaintiffs have agreed to an extension of time for Mainland to respond to the Complaint on or before September 20, 2007, which was granted by Honorable Frank C. Damrell, Jr., on September 7, 2007.

3. Mainland timely filed a Motion to Dismiss on September 20, 2007.

Lilia Uribe, et al. v. Mainland Nursery, Inc., et al.
07-CV-00229-FCD-DAD                                    1                        Stipulation & Order for Extension of time
                                                                                               to Respond to Complaint

4. On October 4, 2007, the Parties stipulated to continue the Motion to Dismiss hearing to December 14, 2007 at 10:00 a.m, Plaintiff's Opposition due date was moved to November 20, 2007, Defendants Reply to Plaintiffs Opposition to Motion to Dismiss.

5. On December 11, 2007, via Minute Order by the Court the Motion to Dismiss was DENIED.

6. Mainland and Plaintiffs have agreed to an extension of time for Mainland to respond to the Complaint on or before January 21, 2008.

Dated: December 18, 2007        SAQUI & RAIMONDO
                                A Professional Corporation


                                /s/_____
                                Anthony Raimondo, Esq.
                                Attorneys for Mainland Nursery, Inc.


Dated: December 18, 2007        LAW OFFICES OF MALLISON & MARTINEZ



                                /s/_____
                                Stan S. Mallison



*****

**IT IS SO ORDERED**

Dated: December 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

G:\DOCS\FCD\orders to be signed\URIBE-MAINLAND Stip.wpd