Anthony Raimondo, # 200387
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
MAINLAND NURSERY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| LILIA URIBE, ALEJANDRO MORALES, ALBA PONCE on behalf of themselves and all others similary situated,, | Case No.  2:07-cv-00229-FCD-DAD |
| Plaintiffs, | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MOTION HEARING** |
| v. | **DATE:     January 15, 2010** |
| MAINLAND NURSERY, INC., RAYRAY FARM LABOR SERVICE, INC., | **TIME:     10:00 a.m.** **CTRM:  2** |
| Defendants. | |

Having reviewed the files and papers in this matter, and good cause appearing, Defendant's request for a telephonic appearance on January 15, 2010 at 10:00 a.m. is hereby granted.

The Court will contact Mr. Anthony Raimondo directly at 10:00 a.m.

Date: January 12, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE