Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
**LAW OFFICES OF MALLISON & MARTINEZ**
1042 Brown Avenue
Lafayette, CA 94549
Telephone:     (925) 283-3842
Facsimile:      (925) 283-3426
stanm@mallisonlaw.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LILIA URIBE, ALEJANDRO MORALES, ALBA PONCE on behalf of themselves and all other similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>MAINLAND NURSERY, INC., RAYRAY FARM LABOR SERVICE, INC.,<br><br>Defendants. | Case No. 2:07-cv-00229-FCD-DAD<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MOTION HEARING**<br><br>DATE: January 15, 2010<br>TIME: 10:00 a.m.<br>CTRM: 2 |

Having reviewed the files and papers in this matter, and good cause appearing, Plaintiff's request for a telephonic appearance on January 15, 2010 at 10:00 a.m. is hereby granted.

The Court will contact plaintiffs' counsel directly at 10:00 a.m.

Date: January 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE