IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILIA URIBE, ALEJANDRO MORALES,
ALBA PONCE on behalf of themselves
and all others similarly situated,

    Plaintiffs,   No. CIV-S-07-0229 KJM DAD

    vs.

MAINLAND NURSERY, INC.,
RAYRAY FARM LABOR SERVICE,
INC.,

    Defendants.   **ORDER**

    On June 17, 2011, plaintiffs Lilia Uribe, Alejandro Morales and Alba Ponce ("plaintiffs) and defendant RayRay Farm Labor Service, Inc. ("defendant") submitted a notice of tentative settlement to the court. ECF 73. As discussed with defendant's counsel Stan Mallison at a hearing on June 22, 2011, the court will not vacate the trial date based on a merely tentative settlement given the lengthy period this case has been pending. Accordingly, a joint stipulation of dismissal confirming a final settlement must be submitted within two weeks from this Order or the case will proceed to trial.

DATED: June 27, 2011.

_____
UNITED STATES DISTRICT JUDGE

1