Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimilie: (510) 832-1101

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| LILIA URIBE, ALBA PONCE, AUDELIA SOREQUE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br><br>MAINLAND NURSERY, INC., MAINLAND NURSERY (FORM UNKNOWN) and RAYRAY FARM LABOR SERVICE, INC.,<br><br>Defendants. | Case No. 2:07-CV-00229-KJM-DAD<br><br>**STIPULATED JUDGMENT AND ORDER** |

Plaintiffs, Lilia Uribe, Alba Ponce and Audelia Soreque have commenced this action by filing the First Amended Complaint herein, and Defendant RayRay Farm Labor Services Inc. has answered the First Amended Complaint. The Defendants, represented by the attorney whose name appears hereafter, have agreed to settlement of this action without adjudication of any issue of fact or law in the First Amended Complaint. Mainland Nursery Inc and Mainland Nursery (form unknown) have been discharged in bankruptcy.

THEREFORE, on the joint motion of the parties, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

**FINDINGS:**

1.  This Court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. §§ 1331, 28 U.S.C. § 1331 and pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b); and by 28 U.S.C. §1337 as this action arising under Acts of Congress regulating commerce.

2.  Venue is proper as to all parties in this District pursuant to 28 U.S.C. §1391 and 29 U.S.C. §1854.

3.  The activities of Defendants are in or affecting commerce, such that jurisdiction is proper before this court

4.  The complaint states a claim upon which relief may be granted against Defendants, under 29 U.S.C. §216(b);

5. Plaintiff and Defendants hereby waive all rights to appeal or otherwise challenge or contest the validity of this Order.

6. The parties have agreed that this Order does not entitle the Parties to seek or to obtain attorneys' fees other than provided in their settlement agreement.

**ORDER:**

IT IS ORDERED that,

A.      Defendants shall pay Plaintiffs the gross sum of $50,000. Defendants have represented that they have a California Farm Labor Contractor's bond (bond number 40030945) in the amount of $50,000 and hereby provide Plaintiffs with all rights to collect on this bond and represent that there are no other judgments or claims on this bond.  With the exception of said bond, Plaintiffs shall not seek to collect the $50,000 judgment from any other assets or interests of Defendant RayRay Farm Labor Service, Inc. whatsoever.  This agreement is voidable by Plaintiffs if Plaintiffs are unable to collect on this bond.

B.  Defendants agree that the facts as alleged in the complaint filed in this action shall be taken as true for the purpose of a nondischargeability complaint in any bankruptcy proceeding.

C.  Each party to this Order hereby agrees to bear its own costs and attorneys' fees incurred in connection with this action.

D.  IT IS FURTHER ORDERED that the provisions of this Order are separate and severable from one another. If any provision is stayed or determined to be invalid, the remaining provisions shall remain in full force and effect.

E.  The parties, by their respective counsel, hereby consent to entry of the foregoing Order which shall constitute a final judgment and order in this matter. The parties further stipulate and agree that the entry of the foregoing Order shall constitute a full, complete and final settlement of this action.

JUDGMENT IS THEREFORE ENTERED in favor of Plaintiff and against Defendants, pursuant to all the terms and conditions recited above.

IT IS SO ORDERED.

Dated:  July 11, 2011.

_____
UNITED STATES DISTRICT JUDGE


SO STIPULATED FOR THE PLAINTIFFS:

Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
LAW OFFICES OF MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999

1  
2   Dated:_7/6/11_____                                    /s/ Stan Mallison_____  
                                                         Stan Mallison  
3                                                        Counsel For Plaintiffs  
4  
5   SO STIPULATED FOR THE DEFENDANTS:  
    Walter S. Nomura (SBN79326)  
6   Attorney at Law  
    311 E. Main Street, #524  
7   Stockton, CA 95202  
8   Telephone: (209) 944-0781  
9  
10  
11  
    Dated:_7/6/11____                                    __/s/ Walter Nomura_____  
12                                                       RayRay Farm Labor Service, Inc.  
                                                         By Walter S. Nomura  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

- 4 -